Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



**Dean Lindsay Chapman**
+1 212.872.8095/fax: +1 212.872.1002
dchapman@akingump.com

September 19, 2025

VIA ELECTRONIC COURT FILING

Judge Margaret M. Garnett
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Federal National Mortgage Association v. ESOR Management LLC et al.*, Case No. 25-cv-06469-MMG

Dear Judge Garnett,

    We represent Plaintiff Federal National Mortgage Association ("Plaintiff" or "Fannie Mae") and submit this letter to request an adjournment of the Initial Pretrial Conference scheduled for September 25, 2025. Defendants ESOR Management LLC and Jack Ndreu (together, the "Borrower-Defendants") consent to this request. Defendant Environmental Control Board (the "ECB") has not responded to the complaint, nor has it entered an appearance.[1] There have been no previous requests for adjournment or extensions.

    This is a foreclosure action concerning a defaulted mortgage loan secured by the real property located at 265 East 176th Street, Bronx, New York 10457 (the "Property"). The parties are in the midst of settlement discussions concerning the case. Thus far, the Borrower-Defendants have agreed to consent to the appointment of a Receiver to oversee the management and operation of the Property during the pendency of the case, and Plaintiff anticipates filing papers with the Court regarding the receivership in the near future.

    Negotiations are ongoing with respect to the ultimate relief sought in the case, foreclosure. Plaintiff and the Borrower-Defendants respectfully request the Court adjourn the Initial Pretrial Conference on the basis that settlement talks are ongoing and propose a three-week adjournment to give the parties additional time for discussions with the hope that they will be able to report an agreement on a consensual path forward to the Court at the Initial Pretrial Conference.

---

[1] In addition to serving the Summons and Complaint on the ECB, Plaintiff also served a copy of the Notice of Initial Pretrial Conference on the ECB. *See* ECF Nos. 7, 9.


Judge Margaret M. Garnett
Southern District of New York
September 19, 2025
Page 2

    We appreciate the Court's attention to this matter and are available to answer any questions the Court may have.

                        Sincerely,

                        */s/ Dean Lindsay Chapman*
                        Dean Lindsay Chapman

---

GRANTED. The Initial Pretrial Conference previously scheduled for September 25, 2025 is ADJOURNED until **October 30, 2025** at **9:30 AM**. The deadline for the parties' joint pre-conference submissions is likewise ADJOURNED until **October 23, 2025**.

SO ORDERED. Dated September 19, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE