USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    2/25/2026

**UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

,

                                Plaintiff,

            - against -

ESOR MANAGMNT LLC, JACK NDREU, NEW
YORK CITY ENVIRONMENTAL CONTROL
BOARD, and JONE DOE #1 THROUGH JOHN
DOE #21,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
-----------------------------------------------------------------------------X

Case No.  1:25-cv-06469-MMG

**ORDER FOR SECONDARY
APPOINTMENTS FOR RENT
RECEIVER**

UPON the Order of this Court Dated October 30, 2025 (the "Receiver Order"), pursuant to which Trigild IVL (the "**Receiver**") was appointed receiver for the commercial real property wholly situated in the State of New York, County of Bronx located at 265 East 176th Street, Bronx, New York 10457 (the "**Property**"), and upon reading of the Affirmation of John Trevor Ives, representative of Receiver dated February 16, 2026, the exhibits annexed thereto, and upon the pleadings and all proceedings heretofore filed and had herein, and it appearing therefrom that appointing: (1) the law firm of Windels Marx Lane & Mittendorf, LLP ("**WMLM**") as Receiver's attorney in the above captioned action and for general counsel purposes in connection with Receiver's appointment as receiver as detailed in the October 30, 2025 Order Appointing Receiver (Doc. No. 26); and (2) the law firm of Kucker, Marino, Winiarsky & Bittens LLP ("**KMWB**") as its attorney for Landlord-Tenant counsel is necessary and appropriate for the protection of the Mortgaged Property; it is hereby:

{41281892:1}

ORDERED, that, the Receiver is hereby authorized and empowered to retain WMLM as to serve as Receiver's Counsel during the pendency of this action; and it is further

ORDERED, that, WMLM as Receiver's Counsel, is hereby authorized and empowered to assist the Receiver with all matters pertaining to his appointment as Receiver for the Property as directed by the Receiver and authorized by the Receiver Order; and it is further

ORDERED, that, the Receiver is hereby authorized and empowered to retain KMWB to serve as Landlord Tenant Counsel for the Property during the pendency of this action; and it is further

ORDERED, that, KMWB, as Landlord-Tenant Counsel, is hereby authorized and empowered to: (i) institute and prosecute suits for the collection of rents and/or other amounts due from the tenants, occupants and/or other individuals or entities in possession of any portion of the Property; and (ii) institute and prosecute summary proceedings for the removal of any tenants, occupants and/or other individuals or entities in possession of any portion of the Mortgaged Property who are not in compliance with their rental obligations.

Dated:

February 25, 2026

**E N T E R :**

_____
Honorable Margaret M. Garnett U.S.D.J..