**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

-against-

25 **CIVIL** 6469 (MMG)

# JUDGMENT

ESOR MANAGEMENT LLC, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 15, 2026, Plaintiff's motion for default judgment against the New York City Environmental Control Board is GRANTED.

**Dated:** New York, New York

July 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**